**No. 25-3324**

# In the
# United States Court of Appeals
## for the Third Circuit

ODYSSEY TRANSFER & TRUST CO.,
*Plaintiff-Appellant*

*v.*

ARC GLOBAL INVESTMENTS II, LLC.,
*Defendant-Appellee*

Appeal from the United States District Court
for the District of Delaware
No. 1:24-cv-00729
The Honorable Gregory B. Williams, United States District Judge

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the undersigned parties hereby stipulate to the dismissal of the above-captioned appeal, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  July 15, 2026               Respectfully submitted,

  */s/Jaclyn C. Marasco*
Jaclyn C. Marasco
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:  302-467-4200
Fax:  302-467-4201
jaclyn.marasco@faegredrinker.com

Anderson C. Tuggle
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: 612-766-6822
anderson.tuggle@faegredrinker.com

*Attorneys for Plaintiff-Appellant*
*Odyssey Transfer & Trust Co.*

  */s/Jason J. Rawnsley*
Jason J. Rawnsley
Matthew D. Perri
Andrew L. Rosen
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
rawnsley@rlf.com
perri@rlf.com
rosen@rlf.com

*Attorneys for Defendant-Appellee ARC*
*Global Investments II LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, the foregoing document was filed with the Clerk using the appellate CM/ECF system. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Jaclyn C. Marasco*
*Jaclyn C. Marasco*